**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FASTVDO LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DELL INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC<br><br>　　　　　Defendant. | Case No. 2:15-cv-946<br><br>**Jury Trial Demanded** |

**PLAINTIFF FASTVDO LLC' DISCLOSURE STATEMENT**

　　　In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, FastVDO LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of FastVDO LLC's stock.

DATED: June 3, 2015  Respectfully Submitted,

By: */s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
rmirzaie@raklaw.com

*Attorneys for Plaintiff FastVDO LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Charles Ainsworth*
CHARLES AINSWORTH