# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FASTVDO LLC,<br>v.<br>AT&T MOBILITY LLC, ET AL. | §<br>§<br>§<br>§ | Civil Action No. 2:15-cv-921-RWS-RSP<br>(LEAD CASE) |
| FASTVDO LLC,<br>v.<br>HUAWEI TECHNOLOGIES CO., LTD., ET AL. | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:15-cv-922-RWS-RSP |
| FASTVDO LLC,<br>v.<br>LG ELECTRONICS, INC., ET AL. | §<br>§<br>§<br>§ | Civil Action No. 2:15-cv-923-RWS-RSP |
| FASTVDO LLC,<br>v.<br>NEC CORPORATION, ET AL. | §<br>§<br>§<br>§ | Civil Action No. 2:15-cv-924-RWS-RSP |
| FASTVDO LLC,<br>v.<br>NOKIA CORPORATION, ET AL. | §<br>§<br>§<br>§ | Civil Action No. 2:15-cv-925-RWS-RSP |
| FASTVDO LLC,<br>v.<br>ZTE CORPORATION, ET AL. | §<br>§<br>§<br>§ | Civil Action No. 2:15-cv-926-RWS-RSP |
| FASTVDO LLC,<br>v.<br>DELL INC., ET AL. | §<br>§<br>§<br>§ | Civil Action No. 2:15-cv-946-RWS-RSP |

## ORDER ON THE PARTIES' JOINT MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA

Before the Court is the Parties' Joint Motion to Transfer the above-styled actions to the Southern District of California.

It is hereby ORDERED that the above-styled actions are transferred to the United States District Court for the Southern District of California. The Clerk is directed NOT to delay notwithstanding Local Rule CV-83(b).

**SIGNED this 9th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE